UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Michelle Lynn Bentley,                         Case No. 16-05111-jtg
                                                        Chapter 13
         Debtors.

## DEBTOR'S FIRST PRE-CONFIRMATION
## MODIFICATION OF CHAPTER 13 PLAN

The Debtor, by and through her attorneys, Andersen, Ellis & Shephard hereby modify the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on October 6, 2016. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtor modifies the plan as follows:

   a. IV.P. 2. **Escrow provision for administrative claims**: The trustee shall, if available after monthly payments on attorney fees and required secured claims payments, escrow $25 per month of the debtor's plan payments to be reserved for payment of all allowed administrative expenses. Applications for administrative expenses not previously allowed or ordered will be filed at least 30 days before the time of the final audit or the 59th month of the plan whichever comes first in order to be paid from escrowed funds. Failure to apply for the escrowed funds will result in distribution pursuant to the confirmed plan of escrowed funds on plan completion.

   b. III.C.1.a. Delete any reference to 716 E Madison St, Big Rapids, MI 49307.

   c. III.C.2.a.

| Creditor, Address & Acct # | Collateral | Balance Owing | Int % | Pre-Conf App | Equal Monthly Payment |
|---|---|---|---|---|---|
| Credit Union One, 400 E Nine Mile Rd, Ferndale, MI 48220, acct #8634 | 2013 Chrysler 200 | $13,018 | 5% | $245 | $245 |

   d. In all other respects the chapter 13 plan remains the same.

Date: 11/2/2016                    /S/ *Michelle L Bentley*
                                   Michelle Lynn Bentley

                                   Andersen, Ellis & Shephard

Date: 11/2/2016                    By: /S/ _____
                                   Jeremy B. Shephard (P72719)
                                   866 3 Mile Road NW Suite B
                                   Grand Rapids, MI 49544